IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES THOMAS, | : |
| Plaintiff, | : |
| v. | : Case No.: 2:21-CV-01289-NR |
| MONTEVERDE'S PRODUCE | : |
| Defendant. | : |

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

On consent of the parties and counsel, kindly dismiss the above-captioned matter with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Each party is to bear its own fees and costs.

**J.P. WARD & ASSOCIATES, LLC**

/s/ Joshua P. Ward

Joshua P. Ward, Esquire
Counsel for Plaintiff
J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue, Suite 201
Pittsburgh, PA 15206
(412) 545-3015
(412) 545-3399 (fax)
jward@jpward.com

**MORELLA & ASSOCIATES**

/s/ Justin T. Papciak

Justin T. Papciak, Esquire
Counsel for Defendant
Morella & Associates
706 Rochester Rd.
Suite 600
Pittsburgh, PA 15237
(412)369-9696
(412)369-9990 (fax)
jtpapciak@morellalaw.com